# UNITED STATES BANKRUPTCY COURT

District of Utah (Salt Lake City)

In re  John Mageras and Holly Mageras                              Case No.   09-25063
　　　　Debtor                                                                Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.                   **Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  3985

| **Date of payment change:** Must be at least 21 days after date of this notice | 10/25/2013 |
|---|---|
| **New total payment:** Principal, Interest, and escrow, if any | $259.93 |

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes.   Attach a copy of the escrow account statement prepared  in a form consistent with applicable nonbankruptcy law.

　　　　　Describe the basis for the change. If a statement is not attached, explain why:

　　　　　_____

　　　　Current escrow payment: _____     New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

　　　　　If a notice is not attached, explain why:

　　　　　_____

　　Current interest rate: _____        New interest rate: _____
　　Current principal and interest payment: _____   New principal and interest payment: _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:     NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

　　　Current mortgage payment:    $268.60          New mortgage payment:    $259.93

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.      ☐ I am the creditor's authorized agent.
                          (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗  /s/ Luisa Amador                                          Date  10/03/2013

Assistant Vice President

Print:  Luisa Amador                          Title   Assistant Vice President

Company   Bank of America, N.A.               Specific Contact Information:
Address   2380 Performance Dr.                Phone: 214-209-8449
          Richardson, TX 75082               Email: luisa.amador@bankofamerica.com

457457-8395db38-eeca-47ca-a647-2df4a9e199fe

# UNITED STATES BANKRUPTCY COURT

## District of Utah (Salt Lake City)

Chapter 13 No. 09-25063

In re:

Judge: R. Kimball Mosier

John Mageras and Holly Mageras

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on October 03, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

John Mageras
309 Edgemont Dr.
North Salt Lake, UT 84054


Holly Mageras
309 Edgemont Dr.
North Salt Lake, UT 84054


Debtor's Attorney:

Lewis P. Adams
Pearson Butler & Carson PLLC
1682 Reunion Avenue
Suite 100
South Jordan, UT 84095

Trustee:

Kevin R. Anderson tr
405 South Main Street
Suite 600
Salt Lake City, UT 84111


/s/ Bill Taylor
_____
Authorized Agent

457457-8251ff32-345e-43de-91a4-bde23e819964